# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SALVADOR PINEIRO-DIAZ, et al.,<br><br>　　Plaintiffs<br><br>　　vs.<br><br>ADCHEM PHARMA OPERATIONS, et al.,<br><br>　　Defendants | CV.  04-1522 (ADC) |

### JUDGMENT

　　The Court, through the Honorable Aida M. Delgado-Colón, United States District Judge, issued an Order for Entry of Judgment on July 24, 2007.

　　Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

　　The claims asserted by co-plaintiffs: Ricardo Avilés, Hiram Ortiz, Roberto Arroyo, Juan ("Iván") Valentín and Miguel Barreto are hereby **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED AND ADJUDGED.**

In San Juan, Puerto Rico, this 31st day of July, 2007.

　　　　　　　　　　　　　　　　　　　　　　FRANCES RIOS DE MORAN
　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　　　　By: s/Sarah V. Ramón
　　　　　　　　　　　　　　　　　　　　　　　　Sarah V. Ramón, Deputy Clerk